Case 2:04-cr-00093-JES-DNF   Document 63   Filed 07/17/15   Page 1 of 1 PageID 154

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 AUG -3 PM 12: 04

CLERK

BY:

DEPUTY CLERK

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:04-cr-93-FtM-29MRM | |
| | | DOCKET NUMBER (Rec. Court) 1:15-cr-112-1 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Scott Albert<br>C/O U.S. Probation<br>District of Vermont<br>204 Main Street<br>Brattleboro, VT 05301 | Middle District of Florida | Fort Myers | |
| | NAME OF SENTENCING JUDGE | | |
| | The Honorable John E. Steele | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/22/14 | TO N/A |

**OFFENSE**

Transporting Visual Depictions Involving the Use of Minors Engaged in Sexually Explicit Conduct

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Vermont upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: _Sherry L Lpshaw_

July 17, 2015
Date

_John E. Steele_
John E. Steele
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Vermont

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/3/15
Effective Date

United States District Judge