NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                            Case No. 5:15-cr-112-1

Scott Albert

TAKE NOTICE that the above-entitled case has been scheduled at 2:00 PM on Monday, January 13, 2020 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Early Termination of Supervised Release (Doc. 6).

Location: Main Courtroom                                     JEFFREY S. EATON, Clerk

                                                                   By: *Pamela J. Lane*
                                                                     Deputy Clerk
                                                                     1/6/2020

TO:

Eugenia A. Cowles, AUSA

Scott Albert, Pro se

Anne Henry, Court Reporter